UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARSHA L. PAYTON,

Plaintiff,

v.

Case No: 6:17-cv-1339-Orl-18TBS

DIRECTOR OFFICE CHIEF
COUNSEL, DEPARTMENT OF
HOMELAND SECURITY,

Defendant.

## ORDER

This cause came on for consideration on Marsha L. Payton's ("Payton") Motion for Leave to Proceed In Forma Pauperis (the "Motion") (Doc. 6), which was referred to the United States Magistrate Judge for a report and recommendation. On August 8, 2017, United States Magistrate Judge Thomas B. Smith entered a Report and Recommendation (Doc. 7), wherein he recommends the Motion be denied and that Payton's case be dismissed without leave to amend. Payton filed a Response/Objections to the Report and Recommendation on August 17, 2017 (Doc. 8).

After review of the Report and Recommendation and de novo review of other filings in this case, including Payton's Response/Objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 7) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Marsha L. Payton's Motion for Leave to Proceed In Forma Pauperis (Doc. 6) is **DENIED**.

3. Plaintiff Marsha L. Payton's Complaint (Doc. 1) is **DISMISSED without leave to amend**.

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida, this _22_ day of September, 2017.

_____
**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Unrepresented Parties

2